## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### S. THOMAS ANDERSON
### UNITED STATES MAGISTRATE JUDGE

[ ] 417 U.S. COURTHOUSE
111 S. HIGHLAND
JACKSON, TN 38301
(731) 421-9273
FAX (731) 421-9272

[X] 934 FEDERAL BUILDING
167 N. MAIN
MEMPHIS, TN 38103
(901) 495-1495
FAX (901) 495-1324

August 5, 2005

Mr. Andrew L. Wener
Petkoff & Lancaster
305 Washington Avenue, Suite 201
Memphis, Tennessee 38103

Mr. Carl Wyatt
Glassman, Edwards, Wade & Wyatt
26 North Second Street Building
Memphis, Tennessee 38103

Mr. Lester T. Wener
McWhorter & Wener
100 N. Main Street
Suite 1234
Memphis, Tennessee 38103

RE:  **Elnora Young v Donald Mensah, et al.**
     United States District Court No.: 04-2776-An

Counsel:

This will confirm that a jury trial has been scheduled in the above-referenced matter for **TUESDAY, APRIL 25, 2006, at 10:00 a.m.** I will advise you of the courtroom assigned for this trial at a later date.

The parties shall confer and submit a proposed joint pretrial order on or before **MONDAY, APRIL 17, 2006** Please fax a copy of the joint pretrial order to my chambers in Jackson at (731) 421-9272.

At this point, I do not see the necessity for a pretrial conference, however, if there are matters which you believe should be discussed in such a conference, please advise me no later than **Monday, April 3, 2006** and a conference will be set either in my chambers or by telephone. Additionally, if deposition medical testimony will be introduced into evidence during the trial, please submit copies of those depositions to my chambers in Jackson no later than **April 10, 2006.**

Document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on  8-16-05



Mr. Andrew L. Wener
Mr. Carl Wyatt
Mr. Lester T. Wener
August 5, 2005
Page 2
~~~~~~~~~~~~~~~~~~~~

If you have any other questions about this matter, please advise.

Sincerely,

*S. Thomas And___*

S. Thomas Anderson
U. S. Magistrate Judge

STA/pdh

xc:   Emily Smith
      Docketing Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02776 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Andrew L. Wener
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT