IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ELNORA YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    NO.: 04-2776-An |
| | ) |
| DONALD MENSAH, and | ) |
| WENNER TRUCKING COMPANY | ) |
| aka WERNER ENTERPRISES, INC. | ) |
| OF NEBRASKA, | ) |
| | ) |
| Defendants. | ) |

### AMENDED RULE 16(b) SCHEDULING ORDER

Before the Court is the Joint Motion of the Parties to Amend Scheduing Order filed on July 14, 2005.

For good cause show, the Motion is **GRANTED**.

The following dates are amended as the final dates for:

**COMPLETING ALL DISCOVERY:**   December 2, 2005

**DISPOSITIVE MOTION DEADLINE:**   January 6, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)   for Plaintiff:   **March 10, 2006**
    (b)   for Defendant:   **March 24, 2006**

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-16-05



The parties have consented for this matter to be tried by the Magistrate Judge.

The trial of this matter is expected to last __2-3__ days and is **SET** for **JURY TRIAL** on **TUESDAY, APRIL 25, 2006 at 10:00 A.M.**. A joint pretrial order is due on **MONDAY, APRIL 17, 2006**. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**IT IS SO ORDERED.**

*/s/ S. Thomas Anderson*

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 10, 2005

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02776 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Andrew L. Wener
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT